IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| William Banks,<br>        Plaintiff,<br>  v.<br><br>City of Palos Heights, Bill Sullivan, Diane Rosich, Theresa Horvath, Frank Oswald, Rich Janzow, Walter Bernard, Virginia Carpenter, and Chris Nichols, and Does 1-5,<br>        Defendants. | Filed: May 22, 2008<br>08cv3029 J. N.<br>JUDGE CONLON<br>MAG. JUDGE SCHENKIER |

**Complaint for Violations of 42 U.S.C. §1983**

  Plaintiff William Banks, by and through Plaintiff's attorneys Christina D. Hatzidakis and Aaron B. Maduff of Maduff & Maduff, LLC, for her complaint against Defendant, alleges and states as follows:

**Parties**

  1.  Plaintiff, William Banks (hereinafter "Plaintiff" or "Bill"), is a citizen and resident of the State of Illinois.

  2.  Defendant, City of Palos Heights (hereinafter "Defendant" or "the City "), is a municipality within the State of Illinois.

  3.  Defendant, Bill Sullivan, is an individual who on information and belief resides within the territorial jurisdiction of the United States District Court for the Northern District of Illinois. At all relevant times, Defendant Sullivan was acting under color of state law.

  4.  Defendant, Diane Rosich, is an individual who on information and belief resides within the territorial jurisdiction of the United States District Court for the Northern District of

Illinois. At all relevant times, Defendant Rosich was acting under color of state law.

5. Defendant, Theresa Horvath, is an individual who on information and belief resides within the territorial jurisdiction of the United States District Court for the Northern District of Illinois. At all relevant times, Defendant Horvath was acting under color of state law.

6. Defendant, Frank Oswald, is an individual who on information and belief resides within the territorial jurisdiction of the United States District Court for the Northern District of Illinois. At all relevant times, Defendant Oswald was acting under color of state law.

7. Defendant, Rich Janzow, is an individual who on information and belief resides within the territorial jurisdiction of the United States District Court for the Northern District of Illinois. At all relevant times, Defendant Janzow was acting under color of state law.

8. Defendant, Walter Bernard, is an individual who on information and belief resides within the territorial jurisdiction of the United States District Court for the Northern District of Illinois. At all relevant times, Defendant Bernard was acting under color of state law.

9. Defendant, Virginia Carpenter, is an individual who on information and belief resides within the territorial jurisdiction of the United States District Court for the Northern District of Illinois. At all relevant times, Defendant Carpenter was acting under color of state law.

10. Defendant, Chris Nichols, is an individual who on information and belief resides within the territorial jurisdiction of the United States District Court for the Northern District of Illinois. At all relevant times, Defendant Nichols was acting under color of state law.

11. Defendants Doe 1-5, on information and belief are individuals who had input into the decision or otherwise caused Plaintiff's termination without due process of law. Defendants Doe 1-5 are individuals who on information and belief reside within the territorial jurisdiction of

the United States District Court for the Northern District of Illinois.  At this time, Plaintiff does not know how many Does exist.  At all relevant times Defendants Doe 1-5 were acting under color of state law.

## Jurisdiction

12. This action is brought for violations of 42 U.S.C. §1983.  Jurisdiction of this Court is founded upon 28 U.S.C. § 1331.

## Venue

13. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) as Defendant is a body corporate and politic located in this District, and all facts giving rise to this cause of action occurred in this District.

## Events

14. Complainant, William Banks, was hired on April 23, 1990, by Defendant into the role of Chief Naturalist at the Lake Katherine Nature Center and Botanic Gardens.

15. Defendant is a municipal entity subject to the fourteenth amendment.

16. Plaintiff was terminated on June 30, 2006.

17. Plaintiff was not afforded due process of law before being terminated.

18. On information and belief these acts were approved by the Mayor and City Council for Palos Heights, or such council vested full authority to make such policy decisions and all final decision making authority on the individuals who took the actions.

**Demand for Relief**
**For Violations of the 14th Amendment**
**To the United States Constitution**
**and 42 U.S.C. §1983**
**Against All Defendants**

19. Plaintiff restates and realleges paragraphs 1 though 18 as paragraph 19 of this demand for relief.

20. By virtue of the foregoing, Defendants violated Plaintiff's right to Due Process as provided by the 14th Amendment to the United States Constitution and are therefore in violation of 42 U.S.C. §1983.

21. As a result of this violation, Plaintiff suffered damages of a pecuniary and non-pecuniary nature.

22. As to the individual Defendants, these acts were taken with reckless disregard to Plaintiff's rights warranting the imposition of punitive damages.

WHEREFORE, Plaintiff William Banks, respectfully requests that this Honorable Court enter judgment in Plaintiff's favor and against all Defendants jointly and severally for loss of back pay, for compensatory damages, for punitive damages against each individual Defendant, and for such other and further relief this Court deems just and equitable.

Respectfully submitted,

William Banks

By: /s/ Christina Hatzidakis

Christina Hatzidakis
Atty. No. 06291617
Aaron B. Maduff
Atty. No. 06226932
Maduff & Maduff, LLC
One East Wacker Dr., Suite 2122
Chicago, Illinois 60601
Telephone: 312/276-9000
Fax: 312/276-9001