**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>William Banks,<br>                    Plaintiff,<br>v.<br>City of Palos Heights, et al,<br>                    Defendants. | Case Number:<br>Filed: May 22, 2008<br>08cv3029 J. N.<br>JUDGE CONLON<br>MAG. JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff William Banks

| |
|---|
| NAME (Type or print)<br> Christina D. Hatzidakis |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ Christina D. Hatzidakis |
| FIRM<br> Maduff & Maduff, LLC |
| STREET ADDRESS<br> One East Wacker Drive, Suite 2122 |
| CITY/STATE/ZIP<br> Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6291617 | TELEPHONE NUMBER<br>(312) 276-9000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐