IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| William Banks,<br><br>          Plaintiff,<br>  v.<br><br>City of Palos Heights, Bill Sullivan, Diane Rosich, Theresa Horvath, Frank Oswald, Rich Janzow, Walter Bernard, Virginia Carpenter, and Chris Nichols, and Does 1-5,<br>          Defendants. | Case No. 08 cv 3029<br><br>Honorable Judge Conlon<br><br>Magistrate Judge Schenkier |

## JURY DEMAND

  Plaintiff, William Banks, demands a trial by jury on all issues which may be tried by a jury.

                  Respectfully submitted,
                  William Banks
                  By: /s/ Christina Hatzidakis

Christina Hatzidakis
Atty. No. 06291617
Aaron B. Maduff
Atty. No. 06226932
Maduff & Maduff, LLC
One East Wacker Dr., Suite 2122
Chicago, Illinois 60601
Telephone: 312/276-9000
Fax: 312/276-9001