## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3029 | **DATE** | 6/24/2008 |
| **CASE TITLE** | WILLIAM BANKS vs. CITY OF PALOS HEIGHTS, ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to July 23, 2008 at 9:00 a.m. Plaintiff shall notify the defendants in writing of the next status date.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | WH |
|---|---|---|