# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3029 | **DATE** | 7/23/2008 |
| **CASE TITLE** | WILLIAM BANKS vs. CITY OF PALOS HEIGHTS, ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held. Parties shall comply with FRCP 26(a)(1) by August 15, 2008. Discovery cutoff and filing of dispositive motions are set on December 19, 2008. Submission of the joint final pretrial order and agreed pattern jury instructions is set on January 16, 2009 at 9:00 a.m.; plaintiff shall submit draft to defendant by January 9, 2009. The case is placed on the February trial calendar. THESE ARE FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | WH |
|---|---|---|