**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL          APPOINTED COUNSEL |

12331-TRW,MMP                              F:\Trw\12331\pldgs\CertService_AttyAppear_MMP.wpd   ATTY # 06184955

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM BANKS,

                Plaintiff,

vs.

CITY OF PALOS HEIGHTS, BILL SULLIVAN,
DIANE ROSICH, THERESA HORVATH,
FRANK OSWALD, RICH JANZOW, WALTER
BERNARD, VIRGINIA CARPENTER, and
CHRIS NICHOLS, and DOES 1-5,

                Defendants.

No. 08CV03029

Judge Conlon

Magistrate Judge Schenkier

## CERTIFICATE OF SERVICE

      PLEASE TAKE NOTICE that the undersigned, an attorney, hereby certifies that he caused the attached **Attorney Appearance**, to be served upon counsel of record in the above captioned matter at the addresses listed on this certificate of service by regular U.S. Mail on this **29th** day of **July, 2008.**

**Attorney for the Plaintiff**
Aaron Maduff
abmaduff@madufflaw.com
Christina Hatzidakis
cdhatzidakis@madufflaw.com
Maduff & Maduff, LLC
One East Wacker Drive-Suite 2122
Chicago, IL 60601
Tel#: (312) 276-9000

and a hard copy by e-mail to:

**Attorney for Bill Sullivan**
Molly O'Reilly
mollyoreillylaw@yahoo.com
O'Reilly Law Offices
1751 South Naperville Road-Ste. 101
Wheaton, IL 60187
Tel#: (630) 665-4444

                                      By:   /s/ Meredith M. Pate
                                            Meredith M. Pate

NORTON, MANCINI & WEILER
Attorneys for Defendants, CITY OF PALOS HEIGHTS, DIANE ROSICH, THERESA HORVATH, FRANK OSWALD, RICH JANZOW, WALTER BERNARD, VIRGINIA CARPENTER and KRIS NICHOLS
111 West Washington Street, Suite 835
Chicago, IL 60602-2793
(312) 807-4999
Attorney No. 6290417