12331-TRW,MMP  F:\Trw\12331\pldgs\NOM072908.wpd   ATTY # U.S. District Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM BANKS,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF PALOS HEIGHTS, BILL SULLIVAN, DIANE ROSICH, THERESA HORVATH, FRANK OSWALD, RICH JANZOW, WALTER BERNARD, VIRGINIA CARPENTER, and CHRIS NICHOLS, and DOES 1-5,<br><br>　　　　　　　　Defendants. | No. 08CV03029<br><br>Judge Conlon<br><br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

On the **5th of August, 2008**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Judge Conlon** or any judge sitting in her stead, in **Courtroom 1743**, the courtroom usually occupied by her in the United States District Court fo the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present the attached **Motion to Dismiss**, at which time and place you may appear as you see fit to do.

NORTON, MANCINI & WEILER
Attorneys for Defendant
111 West Washington, Suite 835
Chicago, IL  60602-2793
312-807-4999　　Attorney No. 06184955

## CERTIFICATE OF SERVICE

I hereby certify that on **July 29, 2008**, I filed the foregoing **NOTICE OF MOTION** by using the CM/ECF system, which sent notification of such filings to the following attorneys of record:

**Attorney for the Plaintiff**
Aaron Maduff
abmaduff@madufflaw.com
Christina Hatzidakis
cdhatzidakis@madufflaw.com
Maduff & Maduff, LLC
One East Wacker Drive-Suite 2122
Chicago, IL 60601
Tel#: (312) 276-9000

and a hard copy by e-mail to:

**Attorney for Bill Sullivan**
Molly O'Reilly
mollyoreillylaw@yahoo.com
O'Reilly Law Offices
1751 South Naperville Road-Ste. 101
Wheaton, IL 60187
Tel#: (630) 665-4444


By:   /s/ Thomas R. Weiler
              Thomas R. Weiler


NORTON, MANCINI & WEILER
Attorneys for Defendants
111 West Washington Street, Suite 835
Chicago, IL 60602-2793
(312) 807-4999
Attorney No. 06184955