**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 3029 |

WILLIAM BANKS,                    Plaintiff

vs.

CITY OF PALOS HEIGHTS, ET AL.            Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

BILL SULLIVAN

---

NAME (Type or print)
Molly M. O'Reilly

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/Molly M. O'Reilly

FIRM  O'REILLY LAW OFFICES, LLC

STREET ADDRESS  1751 S. Naperville Rd., #101

CITY/STATE/ZIP   Wheaton, IL  60189

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6207408 | TELEPHONE NUMBER  (630) 665-4444

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL              APPOINTED COUNSEL