IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM BANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. 08 CV 3029 |
| | ) | Judge Suzanne B. Conlon |
| CITY OF PALOS HEIGHTS, BILL SULLIVAN, | ) | Magistrate Judge Schenkier |
| DIANE ROSICH, THERESA HORVATH, FRANK | ) | |
| OSWALD, RICH JANZOW, WALTER BERNARD, | ) | |
| VIRGINIA CARPENTER, AND CHRIS NICHOLS, | ) | |
| and DOES 1-5, | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 30th day of July, 2008, I electronically filed the Defendant, BILL SULLIVAN'S, Motion to Adopt Co-Defendants' Motion to Dismiss with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Electronic Case Filing System, which will send the Notice of Electronic Filing to the following:

        Aaron Maduff abmaduff@madufflaw.com
        Christina Hatzidakis cdhatzidakis@madufflaw.com
        Maduff & Maduff, LLC
        One East Wacker Drive, Suite 2122
        Chicago, IL  60601
        Tel:  (312) 276-9000

        Thomas R. Weiler  tweiler@nortonmancini.com
        Meredith M. Pate mpate@nortonmancini.com
        Norton, Mancini & Weiler
        111 W. Washington Street, Suite 835
        Chicago, IL  60602-2793
        Tel:  (312) 807-4999

        By:   /s/ Molly M. O'Reilly
        Molly M. O'Reilly
        O'Reilly Law Offices
        1751 S. Naperville Rd., Suite 101
        Wheaton, IL  60189
        Tel:  (630) 665-4444
        mollyoreillylaw@yahoo.com
        Attorney No. 6207408