IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 08 CV 3029 |
| ) | Judge Suzanne B. Conlon |
| CITY OF PALOS HEIGHTS, BILL SULLIVAN, ) | Magistrate Judge Schenkier |
| DIANE ROSICH, THERESA HORVATH, FRANK ) | |
| OSWALD, RICH JANZOW, WALTER BERNARD, ) | |
| VIRGINIA CARPENTER, AND CHRIS NICHOLS, ) | JURY DEMANDED |
| and DOES 1-5, ) | |
| Defendants. ) | |

## DEFENDANT, BILL SULLIVAN'S, MOTION FOR A MORE DEFINITE STATEMENT

Now comes the Defendant, BILL SULLIVAN, by and through his attorneys, O'REILLY LAW OFFICES, LLC, and as for his Motion For A More Definite Statement pursuant to Federal Rules of Civil Procedure 12(e), states as follows:

1.      The Plaintiff, WILLIAM BANKS, filed a Complaint pursuant to 42 U.S.C. §1983 claiming that a number of Defendants, including the Defendant, BILL SULLIVAN, caused the Plaintiff's termination without due process of law.  However, nowhere in the Plaintiff's Complaint at Law does the Plaintiff specify whether he is alleging a denial of his procedural and/or substantive due process rights.  Therefore, in the event that the Defendants' Rule 12(b)(6) Motion to Dismiss is not granted by this Court, this Defendant requests that the Plaintiff file a more definite statement with respect to which of his rights were allegedly violated by the Defendants.

2. The Plaintiff's Complaint at Law also does not contain allegations as to how the Defendant, BILL SULLIVAN, was involved in denying the Plaintiff his due process rights. Therefore, the Defendant, BILL SULLIVAN, requests that this Court require the Plaintiff to file a more definite statement as to what actions the Defendant, BILL SULLIVAN, took to allegedly violate the Plaintiff's due process rights.

WHEREFORE, the Defendant, BILL SULLIVAN, respectfully requests this Honorable Court to enter an order requiring the Plaintiff, WILLIAM BANKS, to file a more definite statement as to the foregoing matters pursuant to Federal Rule of Civil Procedure 12(e).

Respectfully submitted,

O'REILLY LAW OFFICES, LLC

By: /s/ Molly M. O'Reilly
Molly M. O'Reilly
O'REILLY LAW OFFICES
1751 S. Naperville Rd., #101
Wheaton, IL  60189
Tel:  630/665-4444
e-mail:  mollyoreillylaw@yahoo.com
Attorney No. 6207408