IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM BANKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. 08 CV 3029 |
| | ) Judge Suzanne B. Conlon |
| CITY OF PALOS HEIGHTS, BILL SULLIVAN, | ) Magistrate Judge Schenkier |
| DIANE ROSICH, THERESA HORVATH, FRANK | ) |
| OSWALD, RICH JANZOW, WALTER BERNARD, | ) |
| VIRGINIA CARPENTER, AND CHRIS NICHOLS, | ) |
| and DOES 1-5, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of July, 2008, I electronically filed the Defendant, BILL SULLIVAN'S, Motion For A More Definite Statement with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Electronic Case Filing System, which will send the Notice of Electronic Filing to the following:

    Aaron Maduff abmaduff@madufflaw.com
    Christina Hatzidakis cdhatzidakis@madufflaw.com
    Maduff & Maduff, LLC
    One East Wacker Drive, Suite 2122
    Chicago, IL  60601
    Tel:  (312) 276-9000

    Thomas R. Weiler  tweiler@nortonmancini.com
    Meredith M. Pate mpate@nortonmancini.com
    Norton, Mancini & Weiler
    111 W. Washington Street, Suite 835
    Chicago, IL  60602-2793
    Tel:  (312) 807-4999

                                   By:     /s/ Molly M. O'Reilly
                                         Molly M. O'Reilly
                                         O'Reilly Law Offices
                                         1751 S. Naperville Rd., Suite 101
                                         Wheaton, IL  60189
                                         Tel:  (630) 665-4444
                                         mollyoreillylaw@yahoo.com
                                         Attorney No. 6207408