UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. 08 CV 3029 |
| ) | Judge Suzanne B. Conlon |
| CITY OF PALOS HEIGHTS, BILL SULLIVAN, ) | Magistrate Judge Schenkier |
| DIANE ROSICH, THERESA HORVATH, FRANK ) | |
| OSWALD, RICH JANZOW, WALTER BERNARD, ) | |
| VIRGINIA CARPENTER, AND CHRIS NICHOLS, ) | |
| and DOES 1-5, ) | |
| Defendants. ) | |

**NOTICE OF MOTIONS**

TO:   Aaron Maduff abmaduff@madufflaw.com
       Christina Hatzidakis cdhatzidakis@madufflaw.com
       Maduff & Maduff, LLC

       Thomas R. Weiler  tweiler@nortonmancini.com
       Meredith M. Pate mpate@nortonmancini.com
       Norton, Mancini & Weiler

        YOU ARE HEREBY NOTIFIED that on **August 5, 2008**, at the opening of Court on said date at **9:00 a.m.**, or as soon thereafter as Counsel may be heard, we shall appear before the **Honorable Suzanne B. Conlon** or presiding judge in **Courtroom 1743** of the **Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois**, and then and there move the Court as follows: to present **Defendant, BILL SULLIVAN's Motion to Adopt Co-Defendants' Motion to Dismiss and Motion For A More Definite Statement**, at which time and place you may appear as you see fit so to do.

                                                            By:    /s/ Molly M. O'Reilly
                                                                    Molly M. O'Reilly
                                                                    O'REILLY LAW OFFICES
                                                                    Attorneys for Defendant, BILL SULLIVAN
                                                                    1751 S. Naperville Rd, #101
                                                                    Wheaton, IL  60187
                                                                    Telephone:  630/665-4444
                                                                    E-Mail:  mollyoreillylaw@yahoo.com
                                                                    Attorney No. 6207408

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2008, I filed the foregoing Notice of Motions by using the CM/ECF system, which will send notification of such filings to the following attorneys for record:

    Aaron Maduff  abmaduff@madufflaw.com
    Christina Hatzidakis cdhatzidakis@madufflaw.com
    Maduff & Maduff, LLC
    One East Wacker Drive, Suite 2122
    Chicago, IL  60601
    Tel:  (312) 276-9000

    Thomas R. Weiler  tweiler@nortonmancini.com
    Meredith M. Pate mpate@nortonmancini.com
    Norton, Mancini & Weiler
    111 W. Washington Street, Suite 835
    Chicago, IL  60602-2793
    Tel:  (312) 807-4999

    By:   /s/ Molly M. O'Reilly
        Molly M. O'Reilly
        O'Reilly Law Offices
        1751 S. Naperville Rd., Suite 101
        Wheaton, IL  60189
        Tel:  (630) 665-4444
        mollyoreillylaw@yahoo.com
        No. 6207408