# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3029 | **DATE** | 8/01/08 |
| **CASE TITLE** | WILLIAM BANKS vs. CITY OF PALOS HEIGHTS, ET AL | | |

**DOCKET ENTRY TEXT**

Defendants City of Palos Heights, Diana Rosich, Theresa Horvath, Frank Oswald, Richard Janzow, Walter Bernard, Virginia Carpenter and Chris (Kris) Nichols' motion to dismiss [22] is taken under advisement. Plaintiff shall file a response by August 15, 2008. The motion will not be heard as noticed on August 5, 2008.

*Suzanne B. Conlon*
T F attorney
Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|