# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3029 | **DATE** | 8/05/08 |
| **CASE TITLE** | WILLIAM BANKS vs. CITY OF PALOS HEIGHTS, ET AL | | |

**DOCKET ENTRY TEXT**

Defendant Bill Sullivan is granted leave to adopt co-defendants' motion to dismiss [26].

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|