## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3029 | **DATE** | 8/05/08 |
| **CASE TITLE** | WILLIAM BANKS vs. CITY OF PALOS HEIGHTS, ET AL | | |

DOCKET ENTRY TEXT

Defendant Bill Sullivan's motion for a more definite statement [28] is denied.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|