# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3029 | **DATE** | 8/26/2008 |
| **CASE TITLE** | WILLIAM BANKS vs. CITY OF PALOS HEIGHTS, *et al.* | | |

**DOCKET ENTRY TEXT**

Defendants' motion to dismiss the complaint [22] is granted. The complaint [1] is dismissed without prejudice. ENTER MEMORANDUM OPINION AND ORDER.

*Suzanne B. Conlon*

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cv-03029    Document 35    Filed 08/26/2008    Page 1 of 1

08 C 3029 WILLIAM BANKS vs. CITY OF PALOS HEIGHTS, *et al.*    Page 1 of 1