# United States District Court
## Northern District of Illinois
### Eastern Division

WILLIAM BANKS

v.

CITY OF PALOS HEIGHTS, BILL SULLIVAN, DIANE ROSICH, THERESA HORVATH, FRANK OSWALD, RICH JANZOW, WALTER BERNARD, VIRGINIA CARPENTER, CHRIS NICHOLS, and DOES 1-5

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 3029

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is dismissed without prejudice.

Michael W. Dobbins, Clerk of Court

Date: 8/26/2008    /s/ Willia Harmon, Deputy Clerk